AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Christopher Leon Moore<br><br>Defendant(s) | )<br>)<br>)  Case No. 2:20-mj-00163<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 27, 2020** in the county of **Jackson** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 922(g)(1) & (924)(a)(2) | Convicted Felon in Possession of Firearms. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

Sean McNees, SA ATF
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 12/02/2020

_____
Judge's signature

City and state: Charleston, WV

Dwane L. Tinsley, United States Magistrate Judge
Printed name and title

**A F F I D A V I T**

**STATE OF WEST VIRGINIA**

**COUNTY OF KANAWHA, to-wit:**

I, Sean McNees, being first duly sworn, do hereby depose and state as follows:

### Affiant Experience and Training

1) I am currently employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been so employed since January 2016. I am assigned to ATF's Charleston, West Virginia, Field Office.

2) I have investigated arson; crimes of violence; conspiracies to commit various crimes involving the use of firearms; the illegal possession, use, and sale of firearms; and the possession, use, and trafficking of illegal controlled substances. I am familiar with tactics used by illegal possessors and traffickers of firearms to possess, maintain, acquire, and distribute their firearms.

3) I graduated from a ten-week criminal investigator training course at the Federal Law Enforcement Training Center, where I learned basic criminal investigation techniques. In addition, I graduated from the twelve-week ATF National Academy,

1

where I learned about federal firearms laws, federal explosives laws, bomb scene investigations, and arson investigations.

### Probable Cause

4)   On June 27, 2020, Jackson County E-911 Center received an emergency call from Christopher Leon MOORE of 3124 Dudden Road, Kenna, West Virginia. MOORE reported that a male named Johnny Dowdy had been accidentally shot while at the residence. MOORE stated that he and Dowdy had gotten into a physical confrontation, during which Dowdy was shot with a "9mm, G2c" pistol. MOORE advised that the handgun belonged to him and it discharged as he and Dowdy were engaged in a physical altercation. MOORE also stated that neither he, nor his girlfriend Cynthia Stutler, the only other people at the home, were willing to attempt CPR. Law enforcement and EMS were dispatched to the scene.

5)   Upon the arrival of law enforcement, officers found the victim lying near the bottom of the steps to the front porch. He was dead and had been shot in the head. The gun, a Taurus, model G2c, 9mm pistol, was lying on the ground near the victim. Contact was also made with MOORE who was present at the scene. MOORE stated that the victim had started a fight with him and grabbed a gun from a "console" in MOORE's living room. During the fight, according to MOORE, the gun discharged twice striking the victim. MOORE showed officers the console where he kept the firearm.

6) Officers asked MOORE if any other firearms were present in the residence. MOORE then showed officers that there was a Maverick Arms, model 88, 12 gauge shotgun under a bed in the house. Officers also obtained a search warrant for the house and found the manufacturer's box for the Taurus, model G2c, 9mm pistol.

7) MOORE has a prior felony conviction for distributing crack, from the United States District Court for the Southern District of West Virginia. MOORE spent over 14 years in federal custody and finished his supervised release in May of 2019. MOORE was convicted by a jury, was present in court for his conviction and sentencing, and clearly knew he was convicted of a crime punishable by imprisonment for a term exceeding one year.

8) Neither the Taurus 9mm pistol, nor the Maverick Arms 12 gauge shotgun were manufactured in West Virginia.

9) This affidavit is intended to show that there is probable cause for the requested arrest warrant and does not purport to set forth all of my knowledge of the investigation into this matter.

6) Based upon your affiant's past experience and training as an ATF Special Agent, and evidence viewed and gathered during the response to the above mentioned shooting, your affiant believes that there is probable cause that on or about June 27, 2020, Christopher Leon MOORE committed a violation of Title 18 U.S.C §§ 922(g)(1) and 924(a)(2)- Convicted Felon in Possession of

3

Firearms, that is, both the Taurus 9mm handgun and the Maverick Arms 12 gauge shotgun. The events described in this affidavit occurred in Jackson County, West Virginia and within the Southern District of West Virginia.

    7)    Further, your affiant sayeth naught.

_____
Sean A. McNees
Special Agent
Bureau of Alcohol, Tobacco
and Firearms

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

_____
DWANE L. TINSLEY
United States Magistrate Judge

4